IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:19-00116

DEMAUREA DAVIS
    also known as "Yae-yae"

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Defendant Demaurea Davis' *pro se* letter form Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) for Compassionate Release (ECF No. 166) and a *pro se* Motion to be Appointed Counsel. ECF No. 168. Defendant also filed several other *pro se* letters explaining his situation. ECF Nos. 167, 169, 170. In his Motion for a Sentence Reduction, Defendant asks that the Government to agree to waive the exhaustion requirement. To resolve Defendant's motions, the Court **DIRECTS** the Government to file a Response **on or before August 1, 2025**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:    July 17, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE